IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MODULUS SYSTEMS LLC,** | § |
| | § |
| **Plaintiff,** | § |
| | § NO. 2:23-cv-00220-JRG |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| **MURATA ELECTRONICS NORTH AMERICA, INC.,** | § |
| | § |
| **Defendant.** | |

## **STIPULATED DISMISSAL**

WHEREAS, Plaintiff and Defendant have resolved the claims and counterclaims asserted in this case,

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's counterclaims for relief against Plaintiff with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 26, 2024                Respectfully submitted,

/s/ Cortney Alexander
Cortney Alexander
Kent & Risley LLC
5755 North Point Pkwy STE 57
Alpharetta, GA 30022
404-855-3867
cortneyalexander@kentrisley.com

*Counsel for Plaintiff*

/s/Jason T. Lao
Jason T. Lao
CA Bar No.: 288161
jason.lao@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T. (949) 202-3000
F. (949) 202-3001

*Counsel for Defendant*