**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MODULUS SYSTEMS LLC, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00220-JRG |
| | § | |
| MURATA ELECTRONICS NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is the Stipulated Dismissal (the "Stipulation") filed by Plaintiff Modulus Systems LLC ("Plaintiff") and Defendant Murata Electronics North America, Inc. ("Defendant"). (Dkt. No. 29.) In the Stipulation, the parties represent  that they have resolved the claims and counterclaims asserted in this case, and request dismissal of all claims and counterclaims with prejudice. (*Id.* at 1.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and counterclaims asserted by and between the parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. Any pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case as no parties or claims remain therein.

**So ORDERED and SIGNED this 29th day of January, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE